

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00207-CV

---

DAVEON ELLIS, APPELLANT

V.

JACQUELINE TERRIAULT, APPELLEE

---

On Appeal from the 264th District Court
Bell County, Texas
Trial Court No. 310173, Honorable Paul L. LePak, Presiding

---

September 21, 2022

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Daveon Ellis, proceeding pro se, filed a notice of appeal from the trial court's "findings, conclusions, or recommendations which were made by [the] Honorable Judge Paul Lepak on May 17, 2022."[1]  We dismiss the appeal for want of jurisdiction.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

We have jurisdiction to hear an appeal from a final judgment or from an interlocutory order made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998) (per curiam). The trial court clerk has notified the Court that no signed judgment or order has been filed. Moreover, the purported findings and recommendations of the trial court are not a final judgment, nor an interlocutory order made immediately appealable by statute.

By letter of August 10, 2022, we notified Ellis that it did not appear that a final judgment or appealable order had been issued by the trial court and directed him to show how we have jurisdiction over this appeal. To date, Ellis has neither filed a response nor had any further communication with this Court.

Because Ellis has not presented this Court with a final judgment or appealable order, the appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


Per Curiam

2